# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MARGARET ALLGOOD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BAPTIST MEMORIAL MEDICAL )<br>GROUP, INC. )<br>)<br>and )<br>)<br>BAPTIST MEMORIAL HEALTH )<br>CARE CORPORATION, )<br>)<br>Defendants. ) | Civil Action No. 2:19-cv-02323-SHM-cgc |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Margaret Allgood, and Defendants, Baptist Memorial Medical Group, Inc. and Baptist Memorial Health Care Corporation, (collectively "Parties"), by counsel, hereby stipulate to the dismissal of all claims in this cause of action in its entirety, with prejudice.

Respectfully submitted,

*Lance Robinson (with permission)*
Lance Robinson
LONDON & MEAD
1225 19th Street, NW, Suite 320
Washington, DC 20036
Telephone: (202) 331-3334
Facsimile: (202) 785-4280
Email: lrobinson@londonandmead.com
Facsimile:  (901) 8814333

*Kaitlyn A., Hansen*
Kaitlyn A. Hansen (BPR No. 037021)
Paul E. Prather (BPR No. 010089)
LITTLER MENDELSON, P.C.
3725 Champion Hills Drive, Suite 3000
Memphis, TN 38125
Telephone: (901) 795-6695
Email: khansen@littler.com
         pprather@littler.com

Jonathan P. Lakey (BPR No. 016788)
BURCH, PORTER & JOHNSON, PLLC
130 Court Avenue
Memphis, TN 38103
Telephone: (901) 524-5140
Facsimile: (901) 524-5024
Email: jlakey@bpjlaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    The undersigned certifies that a true and exact copy of the foregoing was filed with the Court's Case Management Electronic Case Filing System on this, the 11th day of May 2022, which will send electronic notification of such filing to the following attorney(s) of record:

>Lance Robinson
>London & Mead
>1225 19th Street, NW, Suite 320
>Washington, DC 20036
>Telephone: (202) 331-3334
>Facsimile: (202) 785-4280
>Email: lrobinson@londonandmead.com
>
>Jonathan P. Lakey (BPR No. 016788)
>BURCH, PORTER & JOHNSON, PLLC
>130 Court Avenue
>Memphis, TN 38103
>Telephone: (901) 524-5140
>Facsimile: (901) 524-5024
>Email: jlakey@bpjlaw.com
>
>ATTORNEYS FOR PLAINTIFF

                                      *Kaitlyn A. Hansen*
                                      Counsel for Defendants