# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MARGARET ALLGOOD, | ) |
| Plaintiff, | ) |
| v. | ) |
| BAPTIST MEMORIAL MEDICAL GROUP, INC. | ) No. 2:19-cv-02323-SHM-cgc |
| and | ) |
| BAPTIST MEMORIAL HEALTH CARE CORPORATION, | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Before the Court is the parties' May 11, 2022 joint stipulation of dismissal (D.E. 210). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' joint stipulation, this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 11th day of May, 2022.

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE