UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARGARET ALLGOOD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BAPTIST MEMORIAL MEDICAL GROUP, INC. | )   No. 2:19-cv-02323-SHM-cgc |
| | ) |
| and | ) |
| | ) |
| BAPTIST MEMORIAL HEALTH CARE CORPORATION, | ) |
| | ) |
|     Defendants. | ) |

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order (D.E. No. 211) docketed May 11, 2022.

## APPROVED:

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

May 11, 2022
DATE

THOMAS M. GOULD
CLERK

  */s/ Jairo Mendez*
(By) DEPUTY CLERK